UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                          CHAPTER 13 PROCEEDINGS

WILLIAM ERNEST BLOSS          CASE NUMBER: 04-24735
KAY KATHERINE BLOSS           HON: DANIEL S OPPERMAN
              Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $89.03 for deposits in the U. S. Registry as evidenced by the attached Check No. 257758 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on August 31, 2010 on behalf of the following credityor:

    Fairlane Credit       $89.03        August 31, 2010

    Not able to locate creditor.

Date: December 21, 2010                     /s/ Thomas W McDonald
                                                Thomas W McDonald, Jr.
                                                Chapter 13 Trustee
                                                3144 Davenport Ave
                                                Saginaw Mi 48602
                                                Telephone (989) 792-6766
                                                ecf@mcdonald13.org